OPINION — AG — **** HEALING ARTS PRACTIONER **** THOSE INDIVIDUALS WHO ARE LICENSED BY THE STATE OF OKLAHOMA AS PRACTITIONERS OF THE HEALING ART, INCLUDING CHIROPRACTORS, DENTISTS AND OPTOMETRISTS, ARE WITHIN THE MEANING OF THE PROVISION "REGARDLESS OF THE BRANCH OF THE HEALING ARTS" AS USED IN SECTION 5 OF HOUSE BILL 1210, FIRST SESSION, THIRTY THIRD LEGISLATURE. CITE: 59 O.S. 1961 701 [59-701], 59 O.S. 1961, 702 [59-702], 59 O.S. 1961, 701-724 [59-701] — [59-724] (MIKE D. MARTIN)T ** SEE: OPINION NO. 71-440 (1972) **